```
FILED
July 8, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>      Plaintiff,     )<br>v.         )<br>           )<br>AMADOR FREGOSO,      )<br>      Defendant.     )<br>           ) | Case No. MAG. 09-0173-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AMADOR FREGOSO, Case No. MAG. 09-0173-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

 X    Bail Posted in the Sum of: $50,000.00.

     X    Unsecured Appearance Bond

     \_\_\_   Appearance Bond with Surety

     X    (Other) Conditions as stated on the record.

     \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/08/09 at 2:39 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge