CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-MJ-0173 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) | Date:  September 16th, 2009 |
| AMADOR FREGOSO, | ) | Time:  2:00 p.m. |
|  | ) | Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |  |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on September 16th, 2009 to October 21, 2009 at 2:00 p.m. before the magistrate judge.

1

1   Both parties are working toward reaching a pre-indictment
2 resolution of the pending charges.  The parties further agree that
3 the above reason constitutes good cause to extend the time for
4 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
5 that the time within which the indictment must be filed should be
6 extended to October 21st, 2009, pursuant to the Speedy Trial Act, 18
7 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>September 14, 2009</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: <u>September 14, 2009</u>      /S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to October 21st, 2009 at 2:00 p.m. before the magistrate judge.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated:September 15, 2009         /s/ Gregory G. Hollows
                                 _____
                                 Hon. Gregory G. Hollows
                                 United States Magistrate Judge

fregoso.ord

2