1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   AMADOR FREGOSO
6

7

8

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      )   CASE NO. 09-MJ-0173 GGH
                                   )
14                  Plaintiff,     )   STIPULATION AND ORDER
                                   )   CONTINUING PRELIMINARY HEARING
15  v.                             )
                                   )   Date:  October 21, 2009
16  AMADOR FREGOSO,                )   Time:  2:00 p.m.
                                   )   Judge: Hon. Kimberly J. Muller
17                                 )
                    Defendant.     )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21  _____

22

23      The parties to this action, defendant Amador Fregoso and
24  plaintiff, United States of America, hereby stipulate through their
25  respective attorneys to continue both the preliminary hearing and the
26  hearing regarding the DNA tests on release condition number 8
27  currently scheduled on October 21st, 2009 to November 20th, 2009 at
28  2:00 p.m. before the magistrate judge.

                                    1

Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to November 20th, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: October 20, 2009

Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: October 20, 2009

/S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to November 20th, 2009 at 2:00 p.m. before the magistrate judge.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE