```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
AMADOR FREGOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09-MJ-0173 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY HEARING |
| v. ) | |
| ) | Date: January 15, 2010 |
| AMADOR FREGOSO, ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Dale A. Drozd |
| ) | |
| Defendant. ) | |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on January 15, 2010 at 2:00 p.m. be continued to February 19, 2010 at 2:00 p.m. before the magistrate judge.

1

1     Both parties are working toward reaching a pre-indictment
2  resolution of the pending charges.  The parties further agree that
3  the above reason constitutes good cause to extend the time for
4  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
5  that the time within which the indictment must be filed should be
6  extended to February 19, 2010, pursuant to the Speedy Trial Act, 18
7  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

9  Dated: <u>January 13th , 2010</u>
                                       Respectfully submitted,

                                       /s/ Christopher Haydn-Myer
                                       _____
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
                                       Amador Fregoso

   DATED: <u>January 13th, 2010</u>    <u>/S/ Christopher Haydn-Myer for</u>
                                       Todd D. Leras
                                       Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to February 19, 2010 at 2:00 p.m. before the magistrate judge.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

DATED: January 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

28  Ddad1/orders.criminal/fregoso0173.stipord(2)