CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,     )<br>                              )<br>v.                            )<br>                              )<br>AMADOR FREGOSO,               )<br>                              )<br>              Defendant.     )<br>_____) | CASE NO. 09-mj-00173 GGH<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br><br>Date:  February 19th, 2010<br>Time:  2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on February 19th, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman be continued to March 26th, 2010

1

at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

Both parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to March 26th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>February 18th, 2010</u>

                                          Respectfully submitted,

                                          <u>/s/ Christopher Haydn-Myer</u>
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          Amador Fregoso

DATED: <u>February 18th, 2010</u>       <u>/S/ Christopher Haydn-Myer for</u>
                                          Todd D. Leras
                                          Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter, set for hearing on February 19, 2010 at 2:00 PM before Magistrate Judge Kendall J. Newman is RESET for March 26, 2010 at 2:00 p.m. before Magistrate Judge Dale A. Drozd. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: February 18, 2010

                                          /s/ Kendall J. Newman
                                          Hon. Kendall J. Newman
                                          United States Federal Judge