

FILED

MAR 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 09-MJ-0173 GGH |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | Date: March 26th, 2010 |
| AMADOR FREGOSO, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on March 26th, 2010 at 2:00 p.m. be continued to April 30th, 2010 at 2:00 p.m. before the magistrate judge.

1  Both parties are working toward reaching a pre-indictment
2  resolution of the pending charges. The parties further agree that
3  the above reason constitutes good cause to extend the time for
4  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
5  that the time within which the indictment must be filed should be
6  extended to April 30th, 2010, pursuant to the Speedy Trial Act, 18
7  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: March 24th, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer

CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: March 24th, 2010

/S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to April 30th, 2010 at 2:00 p.m. before Magistrate Judge Gregory G. Hollows. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 3/24/10

Hon. Dale A. Drozd
United States Federal Judge

2