1  CHRISTOPHER HAYDN-MYER, Bar #176333
   P.O. Box 204
2  Sacramento, California 95812
   Telephone: (916) 622-1703
3  email: chrishaydn@sbcglobal.net

4
   Attorney for Defendant
5  AMADOR FREGOSO

6

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    UNITED STATES OF AMERICA,      )   CASE NO. 09-MJ-0173 GGH
13                                 )
                   Plaintiff,      )   STIPULATION AND ORDER
14                                 )   CONTINUING PRELIMINARY HEARING
    v.                             )
15                                 )   Date:  April 30th, 2010
    AMADOR FREGOSO,                )   Time:  2:00 p.m.
16                                 )   Judge: Hon. Gregory G. Hollows
                                   )
17                 Defendant.      )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
   _____
21

22
        The parties to this action, defendant Amador Fregoso and
23
   plaintiff, United States of America, hereby stipulate through their
24
   respective attorneys to continue both the preliminary hearing and the
25
   hearing regarding the DNA tests on release condition number 8
26
   currently scheduled on April 30th, 2010 at 2:00 p.m. be continued to
27
   June 25th, 2010 at 2:00 p.m. before the magistrate judge.
28

                                     1

Both parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to June 25th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>April 29th, 2010</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: <u>April 29th, 2010</u>   /S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to June 25th, 2010 at 2:00 p.m. before the magistrate judge. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: May 7, 2010                      /s/ Gregory G. Hollows
                                        _____
                                        Hon. Gregory G. Hollows
                                        United States Federal Judge
fregoso.eot