```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
AMADOR FREGOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-mj-00173 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY HEARING |
| v. ) | |
| ) | Date:   July 30th, 2010 |
| AMADOR FREGOSO, ) | Time:   2:00 p.m. |
| ) | Judge:  Hon. Kendall J. Newman |
| ) | |
| Defendant. ) | |

    The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on July 30th to August 27th at 2:00 p.m. before

1

the magistrate judge.

Both parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to August 27th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: July 28th, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: July 28th, 2010

/S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued from July 30, 2010 before Magistrate Judge Kendall J. Newman to August 27, 2010 at 2:00 p.m. before Magistrate Judge Kimberly J. Mueller. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: July 29, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE