1  HAYDN-MYER LAW CORPORATION
   Christopher Haydn-Myer, Bar #176333
2  1478 Stone Point Drive, Suite 400
   Roseville, California 95661
3  Telephone: (916) 622-1703
   Fax: (916) 760-2767
4  email: chrishaydn@sbcglobal.net

5

   Attorney for Defendant
6  AMADOR FREGOSO

7

8

9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13
   UNITED STATES OF AMERICA,      )   CASE NO. 09-MJ-0173 GGH
14                                )
                    Plaintiff,    )   STIPULATION AND ORDER
15                                )   CONTINUING PRELIMINARY HEARING
   v.                             )
16                                )   Date: January 21, 2011
   AMADOR FREGOSO,                )   Time: 2:00 p.m.
17                                )   Judge: Hon. Dale A. Drozd
                                  )
18                  Defendant.    )

19  _____

20

21      The parties to this action, defendant Amador Fregoso and
22  plaintiff, United States of America, hereby stipulate through their
23  respective attorneys to continue both the preliminary hearing and the
24  hearing regarding the DNA tests on release condition number 8
25  currently scheduled on January 21st at 2:00 p.m. to February 4th,
26  2011 at 2:00 before magistrate judge Gregory G. Hollows.
27      Both parties are working toward reaching a pre-indictment
28  resolution of the pending charges. Further, the prosecution has

                                    1

drafted and delivered a plea agreement that counsel needs more time to review with his Spanish speaking client. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to February 4th, 2011, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: January 20th, 2011

                                          Respectfully submitted,

                                          /s/ Christopher Haydn-Myer
                                          _____
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          Amador Fregoso

DATED: January 20th, 2011         /S/ Christopher Haydn-Myer for
                                          Todd D. Leras
                                          Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to February 4th, 2011 at 2:00 p.m. before magistrate judge Gregory G. Hollows. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

DATED: January 20, 2011.

                                          /s/ Dale A. Drozd
                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

dad1.crim
fregoso0173.stipord(3).wpd